PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR LANDEROS,<br><br>Defendant. | CASE NO. 1:20-CR-00161-JLT-SKO<br><br>STIPULATION REGARDING CONTINUANCE AND RE-NOTICING OF DEFENDANT'S MOTION TO ENFORCE DETAINEE'S CONSTITUTIONAL RIGHTS; ORDER<br><br>DATE: June 28, 2022<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for motion hearing, Doc. 88, on June 15, 2022, and a stipulation was filed re-setting the matter for on June 28, 2022.

2. By this stipulation, the government now moves to continue and re-notice the motion hearing until July 12, 2022 at 2:00 p.m. before the duty magistrate. Time has previously been excluded to and through August 3, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes numerous reports, recordings, and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Plea negotiations are ongoing.

      c)      Counsel for defendant Landeros filed the motion to enforce (Doc. 88) to be heard on June 15, 2022, that was continued until June 28, 2022, and the government needs additional time to respond to the motion.

      d)      Counsel for defendant Landeros does not object to the continuance.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 27, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated:  June 27, 2022

/s/ W. SCOTT QUINLAN
W. SCOTT QUINLAN
Counsel for Defendant
OMAR LANDEROS

**ORDER**

IT IS SO ORDERED.

DATED: 6/27/2022

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES DISTRICT JUDGE