1  TORRES | TORRES STALLINGS
2  A Law Corporation
   David A. Torres, SBN135059
3  1318 K. Street
   Bakersfield, CA 93301
4  Tel: (661)326-0857
   Email: dtorres@lawtorres.com
5
6  Attorney for:
   OMAR VELAZQUEZ LANDEROS
7
8              UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:20-CR-00161 JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO VACATE JURY TIRAL DATE AND RESET STATUS CONFERENCE HEARING |
| **VICTOR ROMERO GALVAN** **OMAR VELAZQUEZ LANDEROS**, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, OMAR LANDEROS, and through his attorney of record, DAVID A. TORRES, hereby requesting that the jury trial, set for September 19, 2023, at 8:30 a.m., be vacated and a status conference be reset to November 1, 2023, at 1:00 p.m.

I was recently retained by Mr. Landeros in this matter. Counsel received discovery in this matter which consists of over 15,000 pages of discovery. Although I began reviewing discovery in this matter, it was interrupted in having to prepare for a federal jury trial in a separate matter before the Honorable Judge de Alba. Counsel believes a disposition can be reached in this matter and would like to vacate the current trial date in order to continue good faith negotiations. I have spoken to AUSA Kimberly Sanchez and co-counsel Roger Bonakdar, and they have no objection to the resetting of the status conference date.

1

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

                                                          Respectfully Submitted,

DATED: August 29, 2023                  */s/ David A Torres*
                                                          DAVID A. TORRES
                                                          Attorney for Defendant
                                                          OMAR LANDEROS

DATED: August 29, 2023                  */s/ Roger S. Bonakdar*
                                                          ROGER S. BONAKDAR
                                                          Attorney for Defendant
                                                          VICTOR ROMERO GALVAN

DATED: August 29, 2023                  */s/Kimberly Sanchez*
                                                          KIMBERLY SANCHEZ
                                                          Assistant U.S. Attorney

# ORDER

The stipulation to vacate the jury trial and to set a status conference on Wednesday, November 1, 2023, at 1:00 p.m. before Magistrate Judge Sheila K. Oberto is **GRANTED**. The delays resulting from the continuance shall be excluded Under the Speedy Trial Act according to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated:   **August 29, 2023**                                        *Jennifer L. Thurston*
                                                                 UNITED STATES DISTRICT JUDGE