PHIILIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>OMAR VELAZQUEZ LANDEROS, and VICTOR ROMERO GALVAN,<br><br>　　　　　　　　Defendants. | CASE NO. 1:20-CR-00161-ADA-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: November 1, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant OMAR VELAZQUEZ LANDEROS, by and through defendant's counsel of record, David A. Torres, and defendant VICTOR ROMERO GALVAN, by and through defendant's counsel of record, Roger Bonakdar, seek a continuance of the current status conference to February 7, 2024 hereby stipulate as follows:

　　1.　By previous order, this matter was set for status on November 1, 2023.

　　2.　By this stipulation, parties now move to continue the status conference to February 7, 2024, and to exclude time between November 1, 2023, and February 7, 2024, under Local Codes T2 and T4.

　　3.　The parties agree and stipulate, and request that the Court find the following:

　　　　a)　The government has represented that the discovery associated with this case

includes over 14,000 pages of Bates stamped discovery and numerous wiretap recordings. The majority of the discovery has been either produced directly to counsel and/or made available for inspection and copying. There has been additional discovery provided to the government that is being processed for dissemination.

  b) There was a change in counsel and defendant Landeros has new counsel as of June 2023. Plea negotiations are ongoing.

  c) Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with their clients.

  d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) Additionally, given the voluminous discovery and the fact that this case involved a wiretap investigation, it is so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself prior to February 7, 2024.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 1, 2023 to February 7, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] and 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T2], because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 26, 2023        PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated:  October 26, 2023        /s/ DAVID A. TORRES
DAVID A. TORRES
Counsel for Defendant
OMAR VELAZQUEZ LANDEROS

Dated: October 26, 2023        /s/ ROGER BONAKDAR
ROGER BONAKDAR
Counsel for Defendant
VICTOR ROMERO GALVAN

**ORDER**

IT IS SO ORDERED.

DATED: 10/26/2023

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE