PHIILIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>OMAR VELAZQUEZ LANDEROS, and VICTOR ROMERO GALVAN,<br><br>  Defendants. | CASE NO. 1:20-CR-00161-NODJ-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant OMAR VELAZQUEZ LANDEROS, by and through defendant's counsel of record, David Torres, and defendant VICTOR ROMERO GALVAN, by and through defendant's counsel of record, Roger Bonakdar, and hereby stipulate as follows:

1. By previous order, this matter was set for status on February 7, 2024.

2. By this stipulation, parties now move to set the jury trial for August 13, 2024, and to exclude time between February 7, 2024, and August 13, 2024, under Local Codes T2 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 14,000 pages of Bates stamped discovery and numerous wiretap recordings. The discovery has been either produced directly to counsel and/or made available for inspection and

copying.

       b)      Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

       c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)      Additionally, given the voluminous discovery and the fact that this case involved a wiretap investigation, it is so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself prior to August 13, 2024.

       e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 7, 2024 to August 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] and 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T2], because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 31, 2024          PHILLIP A. TALBERT
                                         United States Attorney

                                         /s/ ANTONIO J. PATACA
                                         ANTONIO J. PATACA
                                           Assistant United States Attorney

Dated:  January 31, 2024          /s/ DAVID TORRES
                                         DAVID TORRES
                                          Counsel for Defendant
                                          OMAR VELAZQUEZ LANDEROS

Dated: January 31, 2024          /s/ ROGER BONAKDAR
                                           ROGER BONAKDAR
                                          Counsel for Defendant
                                          VICTOR ROMERO GALVAN

[Remainder of this page intentionally left blank]

**ORDER**

IT IS SO ORDERED.

DATED: 2/1/2024                 *Sheila K. Oberto*
                                  THE HONORABLE SHEILA K. OBERTO
                                  UNITED STATES MAGISTRATE JUDGE