PHIILIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR VELAZQUEZ LANDEROS,<br><br>Defendant. | CASE NO. 1:20-CR-00161 JLT SKO<br><br>STIPULATION TO VACATE JURY TRIAL AND SET CHANGE OF PLEA HEARING; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant OMAR VELAZQUEZ LANDEROS, by and through defendant's counsel of record, David Torres, and hereby stipulate as follows:

1. By previous order, this matter was set for trial on August 13, 2024.

2. By this stipulation, the parties now move to vacate the jury trial as to Mr. Landeros and set a change of plea hearing for July 29, 2024. No exclusion of time is necessary as time was previously excluded up to and including August 13, 2024, under Local Codes T2 and T4.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  June 18, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated:  June 18, 2024 | /s/ DAVID TORRES<br>DAVID TORRES<br>Counsel for Defendant<br>OMAR VELAZQUEZ LANDEROS |

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:  **June 19, 2024**

UNITED STATES DISTRICT JUDGE