**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
David A. Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
OMAR VELAZQUEZ LANDEROS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-CR-00161-JLT-SKO-2 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |
| vs. | |
| OMAR VELAZQUEZ LANDEROS, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, OMAR VELASQUEZ LANDEROS, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the sentencing hearing currently set for Monday, December 2, 2024, be continued to Monday, February 3, 2025, at 8:30am.

    Counsel is requesting this continuance due to having requested several documents from the defendants family regarding sentencing mitigation. The defendant's family has notified me that they will not have the documents submitted to me on time for the sentencing hearing and for preparation of the sentencing statement on behalf of the defendant. I have spoken to AUSA Antonio Pataca, and he has no objection to continuing the sentencing hearing.

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: November 21, 2024            */s/ David A. Torres*
DAVID A. TORRES
Attorney for Defendant
OMAR VELAZQUEZ LANDEROS

DATED: November 21, 2024            */s/ Antonio Pataca*
ANTONIO PATACA
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the sentencing hearing be continued to Monday, February 3, 2025, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **November 23, 2024**

UNITED STATES DISTRICT JUDGE